B6F (Official Form 6F) (12/07)

IN RE **Warren, Jack Bill & Warren, Beth Ann** _____ Case No. _____
                                           Debtor(s)                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2462** <br> **Afni** <br> **PO Box 3097** <br> **Bloomington, IL  61702-3097** | | **J** | **Collection agent for Verizon** | | | | **128.00** |
| ACCOUNT NO. **2012** <br> **Allegany City District Court** <br> **3 Pershing St** <br> **Cumberland, MD  21502-3046** | | **J** | | | | | **1,931.00** |
| ACCOUNT NO. <br> **Allegany County Tax Office** <br> **701 Kelly Rd** <br> **Cumberland, MD  21502-2882** | | **J** | | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **Allen County Tax Office** <br> **PO Box 2540** <br> **Fort Wayne, IN  46801-2540** | | **J** | | | | | **NOTICE ONLY** |

_____**9**_____ continuation sheets attached

Subtotal (Total of this page) $ **2,059.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Warren, Jack Bill & Warren, Beth Ann _____   Case No. _____
                        Debtor(s)                                                           (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx** <br> **Alliance One** <br> **4850 E State Rd Ste 300** <br> **Trevose, PA  19053** | | J | **Collection agent for Nipsco** | | | | **220.00** |
| ACCOUNT NO. <br> **Aqua Water NC** <br> **PO Box 1229** <br> **Newark, NJ  07101-1229** | | J | **Water Bill** | | | | **160.00** |
| ACCOUNT NO. **xxxx** <br> **AR Management** <br> **10214 Chestnut Plaza Dr # 148** <br> **Fort Wayne, IN  46814-8970** | | J | | | | | **116.00** |
| ACCOUNT NO. **xxxx** <br> **AR Management** <br> **10214 Chestnut Plaza Dr # 148** <br> **Fort Wayne, IN  46814-8970** | | J | | | | | **124.00** |
| ACCOUNT NO. **1998** <br> **Beneficial MD INC** <br> **ATTN Edward Cohn** <br> **600 Baltimore Ave Ste 208** <br> **Towson, MD  21204-4084** | | J | **Personal loan** | | | | **3,106.00** |
| ACCOUNT NO. <br> **Beneficial MD INC** <br> **22 Greene St** <br> **Cumberland, MD  21502-2927** | | J | **Alternate address** | | | | **NOTICE ONLY** |
| ACCOUNT NO. **1678** <br> **Cavalry Portfolio Service** <br> **PO Box 27288** <br> **Tempe, AZ  85285-7288** | | J | **Collection agent for HSBC/Bank of America** | | | | **416.00** |

Sheet no. __1__ of __9__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) $ **4,142.00**

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3421**<br>**Cavalry Portfolio Service**<br>**500 Summit Lake Dr Ste 400**<br>**Valhalla, NY 10595-1340** | | J | **Collection agent for Sprint PCS** | | | | **741.00** |
| ACCOUNT NO. **8069**<br>**CBCS**<br>**PO Box 164089**<br>**Columbus, OH 43216-4089** | | J | **Collection agent for Columbia Gas** | | | | **672.00** |
| ACCOUNT NO. **302**<br>**CBCS**<br>**PO Box 164089**<br>**Columbus, OH 43216-4089** | | J | **Collection agent for Columbia Gas** | | | | **310.00** |
| ACCOUNT NO.<br>**CBCS**<br>**PO Box 164089**<br>**Columbus, OH 43216-4089** | | J | **Medical service** | | | | **672.00** |
| ACCOUNT NO. **xxxx**<br>**CBM Account Services**<br>**PO Box 626**<br>**South Bend, IN 46624-0626** | | J | **Medical service** | | | | **255.00** |
| ACCOUNT NO.<br>**Circuit Court**<br>**101 N Main St Ste 200**<br>**Goshen, IN 46526-3232** | | J | **Collection agent for Greenleaf Family Dentistry** | | | | **717.00** |
| ACCOUNT NO. **xxxx**<br>**CMI**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007-1912** | | J | **Collection agent for Time Warner Cable** | | | | **273.00** |

Sheet no. __2__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,640.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Warren, Jack Bill & Warren, Beth Ann** _____ Case No. _____
              Debtor(s)                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2014** <br> **CNAC Credit Management** <br> **12820 Coldwater Rd Ste G** <br> **Fort Wayne, IN 46845-8755** | | J | **Deficiency on vehicle loan** | | | | **3,667.00** |
| ACCOUNT NO. <br> **Collection Service Center** <br> **54 N Centre St** <br> **Cumberland, MD 21502-2306** | | J | **Medical service** | | | | **522.00** |
| ACCOUNT NO. <br> **Collection Service Center** <br> **54 N Centre St** <br> **Cumberland, MD 21502-2306** | | J | **Medical service** | | | | **130.00** |
| ACCOUNT NO. **0000** <br> **Community Investment Group** <br> **PO Box 443** <br> **Zeeland, MI 49464-0443** | | J | **Deficiency on vehicle loan** | | | | **1.00** |
| ACCOUNT NO. **4000** <br> **Community Wide Federal Credit Union** <br> **1555 W Western Ave** <br> **South Bend, IN 46619-3742** | | J | | | | | **1,320.00** |
| ACCOUNT NO. <br> **Comptroller Of Maryland** <br> **80 Calvert St** <br> **Annapolis, MD 21401-1907** | | J | | | | | **NOTICE ONLY** |
| ACCOUNT NO. <br> **Court Judgment** <br> **315 S 2nd St** <br> **Elkhart, IN 46516-3138** | | J | **Judgment 20D060612SC3266** | | | | **2,695.00** |

Sheet no. ___3___ of ___9___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,335.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Warren, Jack Bill & Warren, Beth Ann** _____   Case No. _____
  Debtor(s)   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3528**<br>**Credit Acceptance**<br>**319 S 2nd St Rm 205**<br>**Elkhart, IN  46516** | | **J** | **Judgment debt - 20D030702CC00081** | | | | **8,928.00** |
| ACCOUNT NO. **0197**<br>**Credit Acceptance**<br>**319 S 2nd St Rm 205**<br>**Elkhart, IN  46516** | | **J** | **Judgment debt - 20D030706CC00197** | | | | **9,555.00** |
| ACCOUNT NO.<br>**Credit Acceptance**<br>**Wright & Lerch**<br>**2001 Reed Rd**<br>**Elkhart, IN  46515** | | **J** | **Attorney and agent for Credit Acceptance Corp.** | | | | **NOTICE ONLY** |
| ACCOUNT NO. **3756**<br>**Credit Management**<br>**17070 Dallas Pkwy**<br>**Dallas, TX  75248-1950** | | **J** | **Collection agent for Comcast** | | | | **317.00** |
| ACCOUNT NO. **1007**<br>**Credit Management**<br>**4200 International Pkwy**<br>**Carrollton, TX  75007-1912** | | **J** | **Collection agent for Comcast** | | | | **317.00** |
| ACCOUNT NO. **4892**<br>**Credit Management**<br>**17070 Dallas Pkwy**<br>**Dallas, TX  75248-1950** | | **J** | **Collection agent for Time Warner Cable** | | | | **273.00** |
| ACCOUNT NO. **5628**<br>**Credit Protection**<br>**PO Box 802068**<br>**Dallas, TX  75380-2068** | | **J** | **Collection agent for Media Com** | | | | **161.00** |

Sheet no. ___**4**___ of ___**9**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **19,551.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Warren, Jack Bill & Warren, Beth Ann** _____ Case No. _____
    Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6762**<br>**Elkhart Circuit**<br>**101 N Main St Ste 101**<br>**Goshen, IN  46526-3232** | | J | | | | | **193.00** |
| ACCOUNT NO. **4779**<br>**Elkhart City Recorder**<br>**101 S Main St**<br>**Goshen, IN  46526-3701** | | J | | | | | **1,014.00** |
| ACCOUNT NO. **6762**<br>**Elkhart City Recorder**<br>**101 S Main St**<br>**Goshen, IN  46526-3701** | | J | | | | | **193.00** |
| ACCOUNT NO.<br>**Fast Cash**<br>**515 Gse**<br>**Miami, OK  74355** | | J | Cash advance | | | | **10.00** |
| ACCOUNT NO.<br>**First Peoples**<br>**PO Box 1377**<br>**Cumberland, MD  21501-1377** | | J | | | | | **554.00** |
| ACCOUNT NO. **7510**<br>**First Source Advantage**<br>**1232 W State Road 2**<br>**La Porte, IN  46350-5469** | | J | | | | | **300.00** |
| ACCOUNT NO. **4779**<br>**Goshen Court**<br>**100 S Main St**<br>**Goshen, IN  46526** | | J | | | | | **1,014.00** |

Sheet no. _____**5** of _____**9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,278.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Warren, Jack Bill & Warren, Beth Ann** Case No. _____
       Debtor(s)                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1745** <br> **Helrey & Associates** <br> **1015 E Center St** <br> **Warsaw, IN  46580-3420** | | J | **Medical service** | | | | **1,179.00** |
| ACCOUNT NO. **2397** <br> **HSBC** <br> **PO Box 5253** <br> **Carol Stream, IL  60197-5253** | | J | **Credit card charges** | | | | **1.00** |
| ACCOUNT NO. <br> **Indiana Dept. Of Revenue** <br> **PO Box 7207** <br> **Indianapolis, IN  46207-7207** | | J | | | | | **NOTICE ONLY** |
| ACCOUNT NO. **9175** <br> **JNR Adjustments** <br> **7001 E Fish Lake Rd Ste 200** <br> **Minneapolis, MN  55441** | | J | | | | | **200.00** |
| ACCOUNT NO. **0786** <br> **Key Bridge** <br> **2348 Baton Rouge** <br> **Lima, OH  45805-1167** | | J | **Collection agent for Urology of SBN** | | | | **229.00** |
| ACCOUNT NO. **1999** <br> **Keystone Financial** <br> **18 N Centre St** <br> **Cumberland, MD  21502-2306** | | J | **Deficiency on vehicle loan** | | | | **6,962.00** |
| ACCOUNT NO. <br> **Keystone Financial Bank** <br> **118 Baltimore St** <br> **Cumberland, MD  21502-2302** | | J | **Alternate address** | | | | **NOTICE ONLY** |

Sheet no. __6__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,571.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Warren, Jack Bill & Warren, Beth Ann** _____ Case No. _____
                                    Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Manufacturers & Traders Trust Co.**<br>**1100 Wehrle Dr**<br>**Buffalo, NY  14221-7748** | | J | | | | | **NOTICE ONLY** |
| ACCOUNT NO. **2001**<br>**MFG Traders Trust Company**<br>**1100 Wehrle Dr**<br>**Williamsville, NY  14221-7748** | | J | **Deficiency on vehicle loan** | | | | **6,024.00** |
| ACCOUNT NO.<br>**Michael Cohen**<br>**213 Washington St**<br>**Cumberland, MD  21502-2826** | | J | | | | | **NOTICE ONLY** |
| ACCOUNT NO. **1257**<br>**Paragon Revenue Group**<br>**216 Le Phillip Ct NE**<br>**Concord, NC  28025-2954** | | J | **Medical service** | | | | **100.00** |
| ACCOUNT NO. **8089**<br>**Portfolio Acceptance**<br>**PO Box 44152**<br>**Jacksonville, FL  32231-4152** | | J | **Collection agent for Sears National Bank** | | | | **854.00** |
| ACCOUNT NO. **1998**<br>**Raymond Metz**<br>**PO Box 236**<br>**Midland, MD  21542-0236** | X | J | | | | | **4,282.00** |
| ACCOUNT NO.<br>**Regan Robinson**<br>**260 Cumberland Bnd**<br>**Nashville, TN  37228-1804** | | J | **Collection agent for Comcast** | | | | **57.00** |

Sheet no. __**7**__ of __**9**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **11,317.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Warren, Jack Bill & Warren, Beth Ann** _____   Case No. _____
                                        Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx** <br> **Rose Agency** <br> **5530 Saint Joe Rd** <br> **Fort Wayne, IN  46835-3328** | | J | **Collection agent for Centennial Wireless** | | | | **356.00** |
| ACCOUNT NO. <br> **Rutherford Electric** <br> **186 Hudlow Rd** <br> **Forest City, NC  28043-2575** | | J | | | | | **100.00** |
| ACCOUNT NO. **16** <br> **SSI Group Inc** <br> **PO Box 1811** <br> **South Bend, IN  46634-1811** | | J | **Collection agent for Affiliated Family Dentists** | | | | **3,428.00** |
| ACCOUNT NO. **2884** <br> **St. Joseph Superior Court** <br> **219 Lincolnway W** <br> **Mishawaka, IN  46544-1989** | | J | | | | | **2,944.00** |
| ACCOUNT NO. **6336** <br> **State Of Maryland** <br> **PO Box 17277** <br> **Baltimore, MD  21297-0386** | | J | | | | | **372.00** |
| ACCOUNT NO. **8196** <br> **Tax Lien** <br> **30 Washington St** <br> **Cumberland, MD  21502-2948** | | J | **Alleghany County** | | | | **1.00** |
| ACCOUNT NO. **341** <br> **Town Of Lanaconing** <br> **7 Jackson St** <br> **Lonaconing, MD  21539-1302** | | J | **Water bill** | | | | **234.00** |

Sheet no. ___**8**___ of ___**9**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **7,435.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Warren, Jack Bill & Warren, Beth Ann** _____ Case No. _____
                           Debtor(s)                                                 (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2342** <br> **US Cellular** <br> **8410 W Bryn Mawr Ave Ste 700** <br> **Chicago, IL  60631-3463** | | J | **Cell phone service** | | | | **1,700.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**9**___ of ___**9**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,700.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **70,028.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of North Carolina, Charlotte Division**

**IN RE:** Case No. _____

Warren, Jack Bill & Warren, Beth Ann                     Chapter **13**
Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 12,000.00 | | |
| B - Personal Property | Yes | 3 | $ 13,342.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 10,740.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $ 70,028.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,010.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 3,630.00 |
| TOTAL | | 22 | $ 25,342.00 | $ 80,768.00 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

United States Bankruptcy Court
Western District of North Carolina, Charlotte Division

IN RE:                                                    Case No. _____

Warren, Jack Bill & Warren, Beth Ann           Chapter **13**
Debtor(s)

### AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | $ 4,010.00 |
| Average Expenses (from Schedule J, Line 18) | $ 3,630.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 4,550.00 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 3,940.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 70,028.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 73,968.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Warren, Jack Bill<br>147 Eaker Rd<br>Bessemer City, NC  28016-7678 | Aarons<br>1336 E Franklin Blvd<br>Gastonia, NC  28054-4003 | Cavalry Portfolio Service<br>PO Box 27288<br>Tempe, AZ  85285-7288 |
| Warren, Beth Ann<br>147 Eaker Rd<br>Bessemer City, NC  28016-7678 | Afni<br>PO Box 3097<br>Bloomington, IL  61702-3097 | Cavalry Portfolio Service<br>500 Summit Lake Dr Ste 400<br>Valhalla, NY  10595-1340 |
| Geoffrey A. Planer<br>Attorney at Law<br>PO Box 1596<br>Gastonia, NC  28053-1596 | Allegany City District Court<br>3 Pershing St<br>Cumberland, MD  21502-3046 | CBCS<br>PO Box 164089<br>Columbus, OH  43216-4089 |
| Gaston Co. Tax Collector<br>PO Box 1578<br>Gastonia, NC  28053-1578 | Allegany County Tax Office<br>701 Kelly Rd<br>Cumberland, MD  21502-2882 | CBM Account Services<br>PO Box 626<br>South Bend, IN  46624-0626 |
| NC Dept Of Revenue<br>5111 Nations Crossing Rd Bldg 8<br>Charlotte, NC  28217-2108 | Allen County Tax Office<br>PO Box 2540<br>Fort Wayne, IN  46801-2540 | Circuit Court<br>101 N Main St Ste 200<br>Goshen, IN  46526-3232 |
| N.C. Dept. Of Revenue<br>Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC  27602-1168 | Alliance One<br>4850 E State Rd Ste 300<br>Trevose, PA  19053 | CMI<br>4200 International Pkwy<br>Carrollton, TX  75007-1912 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | Aqua Water NC<br>PO Box 1229<br>Newark, NJ  07101-1229 | CNAC Credit Management<br>12820 Coldwater Rd Ste G<br>Fort Wayne, IN  46845-8755 |
| US Attorneys Office<br>Suite 1700, Carillon Bldg.<br>227 W. Trade Street<br>Charlotte, NC  28202 | AR Management<br>10214 Chestnut Plaza Dr # 148<br>Fort Wayne, IN  46814-8970 | Collection Service Center<br>54 N Centre St<br>Cumberland, MD  21502-2306 |
| US Bankruptcy Administrator<br>Western District Of NC<br>402 W. Trade St., Ste. 200<br>Charlotte, NC  28202 | Beneficial MD INC<br>ATTN Edward Cohn<br>600 Baltimore Ave Ste 208<br>Towson, MD  21204-4084 | Community Investment Group<br>PO Box 443<br>Zeeland, MI  49464-0443 |
| Mr. Warren L. Tadlock<br>Standing Trustee<br>PO Box 30097<br>Charlotte, NC  28230-0097 | Beneficial MD INC<br>22 Greene St<br>Cumberland, MD  21502-2927 | Community Wide Federal Credit Union<br>1555 W Western Ave<br>South Bend, IN  46619-3742 |

| | | |
|---|---|---|
| **Comptroller Of Maryland**<br>80 Calvert St<br>Annapolis, MD  21401-1907 | **First Peoples**<br>PO Box 1377<br>Cumberland, MD  21501-1377 | **Keystone Financial Bank**<br>118 Baltimore St<br>Cumberland, MD  21502-2302 |
| **Court Judgment**<br>315 S 2nd St<br>Elkhart, IN  46516-3138 | **First Source Advantage**<br>1232 W State Road 2<br>La Porte, IN  46350-5469 | **Manufacturers & Traders Trust Co.**<br>1100 Wehrle Dr<br>Buffalo, NY  14221-7748 |
| **Credit Acceptance**<br>319 S 2nd St Rm 205<br>Elkhart, IN  46516 | **Furniture Plus**<br>1020 E Franklin Blvd<br>Gastonia, NC  28054-4243 | **MFG Traders Trust Company**<br>1100 Wehrle Dr<br>Williamsville, NY  14221-7748 |
| **Credit Acceptance**<br>Wright & Lerch<br>2001 Reed Rd<br>Elkhart, IN  46515 | **Goshen Court**<br>100 S Main St<br>Goshen, IN  46526 | **Michael Cohen**<br>213 Washington St<br>Cumberland, MD  21502-2826 |
| **Credit Management**<br>17070 Dallas Pkwy<br>Dallas, TX  75248-1950 | **Helrey & Associates**<br>1015 E Center St<br>Warsaw, IN  46580-3420 | **Moose Auto**<br>3015 Bessemer City Rd<br>Bessemer City, NC  28016-9726 |
| **Credit Management**<br>4200 International Pkwy<br>Carrollton, TX  75007-1912 | **HSBC**<br>PO Box 5253<br>Carol Stream, IL  60197-5253 | **Paragon Revenue Group**<br>216 Le Phillip Ct NE<br>Concord, NC  28025-2954 |
| **Credit Protection**<br>PO Box 802068<br>Dallas, TX  75380-2068 | **Indiana Dept. Of Revenue**<br>PO Box 7207<br>Indianapolis, IN  46207-7207 | **Portfolio Acceptance**<br>PO Box 44152<br>Jacksonville, FL  32231-4152 |
| **Elkhart Circuit**<br>101 N Main St Ste 101<br>Goshen, IN  46526-3232 | **JNR Adjustments**<br>7001 E Fish Lake Rd Ste 200<br>Minneapolis, MN  55441 | **Raymond Metz**<br>PO Box 236<br>Midland, MD  21542-0236 |
| **Elkhart City Recorder**<br>101 S Main St<br>Goshen, IN  46526-3701 | **Key Bridge**<br>2348 Baton Rouge<br>Lima, OH  45805-1167 | **Regan Robinson**<br>260 Cumberland Bnd<br>Nashville, TN  37228-1804 |
| **Fast Cash**<br>515 Gse<br>Miami, OK  74355 | **Keystone Financial**<br>18 N Centre St<br>Cumberland, MD  21502-2306 | **Rose Agency**<br>5530 Saint Joe Rd<br>Fort Wayne, IN  46835-3328 |

**Rutherford Electric**
**186 Hudlow Rd**
**Forest City, NC  28043-2575**


**SSI Group Inc**
**PO Box 1811**
**South Bend, IN  46634-1811**


**St. Joseph Superior Court**
**219 Lincolnway W**
**Mishawaka, IN  46544-1989**


**State Of Maryland**
**PO Box 17277**
**Baltimore, MD  21297-0386**


**Tax Lien**
**30 Washington St**
**Cumberland, MD  21502-2948**


**Town Of Lanaconing**
**7 Jackson St**
**Lonaconing, MD  21539-1302**


**US Cellular**
**8410 W Bryn Mawr Ave Ste 700**
**Chicago, IL  60631-3463**